## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3:15-CR-432-M-11 (BT) |
| | § | |
| CORRIE DUDLEY, #28056-045 | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) is denied without prejudice, and the motion for home confinement is denied with prejudice.

Signed this 30th day of June, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE